IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. GATES,<br><br>   Plaintiff,<br><br> vs.<br><br>ATASCADERO STATE HOSPITAL, et al.,<br><br>   Defendants. | No. C 10-01106 JW (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND |

  On March 15, 2010, plaintiff filed a civil rights action under 42 U.S.C. § 1983, using this court's form complaint. However, the complaint is deficient because plaintiff failed to answer all the questions on the complaint form, including exhaustion of administrative remedies, the name of all parties, including defendants, and the relief sought. (See Docket No. 1.) Plaintiff filed another complaint on April 19, 2010, (Docket No. 4), which is also deficient for missing necessary information. Furthermore, the Court notes that attachments to these complaints, some handwritten, are difficult to read and the relevance thereof difficult to determine. Accordingly, this Court has no choice but to dismiss the complaint with leave to amend.

  Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff

Order of Dismissal with Leave to Amend
N:\Pro - Se & Death Penalty\May 2010\10-01106Gates01106_dwlta.wpd

must allege that a person acting under the color of state law committed a violation of a right secured by the Constitution or laws of the United States. West v. Atkins, 487 U.S. 42, 48 (1988). Plaintiff must identify defendants by name and state how each individual defendant violated a specific federal right.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

The complaint is DISMISSED with leave to amend. Within **thirty (30) days** of the date this order is filed, plaintiff shall file an amended complaint. The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 10-01106 JW PR). If using the court form complaint, plaintiff must answer all the questions on the form in order for the action to proceed.

**Failure to respond in accordance with this order by filing an amended complaint will result in the dismissal of this action without prejudice and without further notice to plaintiff.**

The Clerk shall include two copies of the court's complaint with a copy of this order to plaintiff.

DATED:    May 24, 2010

JAMES WARE
United States District Judge

Order of Dismissal with Leave to Amend
N:\Pro - Se & Death Penalty\May 2010\10-01106Gates01106_dwlta.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,<br><br>    Plaintiff,<br><br>  v.<br><br>ATASCADERO STATE HOSPITAL et al,<br><br>    Defendant.<br>_____/ | Case Number: CV10-01106 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M Gates J-60908
AT 059712 Unit 8
Atascadero State Hospital
P.O. Box 7001
Atascadero, ca 93423-7001

Dated: May 27, 2010

                                                Richard W. Wieking, Clerk
                                                /s/By: Elizabeth Garcia, Deputy Clerk

Order of Dismissal with Leave to Amend
N:\Pro - Se & Death Penalty\May 2010\10-01106Gates01106_dwlta.wpd