IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. GATES,<br><br>          Plaintiff,<br><br>   vs.<br><br>ATASCADERO STATE HOSPITAL, et al.,<br><br>          Defendant(s). | No. C 10-01106 JW (PR)<br><br>ORDER OF DISMISSAL |

Per order filed on May 27, 2010, the Court dismissed plaintiff's pro se prisoner civil rights complaint with leave to amend within thirty days, and advised plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action.  (See Docket No. 7 at 2.)

More than thirty days have elapsed.  However, plaintiff has not filed an amended complaint or sought an extension of time to do so.  Plaintiff filed a letter on June 9, 2010, and certain documents on June 21, 2010, but neither suffice as amended complaints.  Accordingly, this action is DISMISSED.

The clerk shall close the file.

DATED:  July 13, 2010

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.10\Gates01106_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID MARSHALL GATES,

        Plaintiff,

  v.

ATASCADERO STATE HOSPITAL, et al.,

        Defendants.
                                        /

Case Number: CV10-01106 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M Gates J-60908
AT 059712 Unit 8
Atascadero State Hospital
P.O. Box 7001
Atascadero, ca 93423-7001

Dated: 7/13/2010

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk